24CV13204

Dan Howitt,

Plaintiff,

v

Suzanne Andeway,

Defendant.

### MOTION FOR RULE 55(a) ENTRY OF DEFAULT

Defendant Suzanne Andeway did not respond within 14 days of the court's 7/28/25 approval (Docket #48) of my 6/30/25 Amended Complaint (Docket #46) as the operative complaint. It has been 17 full days.

Exhibit 1 is Andeway's 6/30/25 10:48am email reply to me. She demonstrates that she received the court's notice. The court's notice is also in the email. She rejects my Amended Complaint. She assumes that the court will reject it. She asks me to dismiss it. She engages in continued disability discrimination.

Submitted by,

Dan Howitt
8/14/25

**CERTIFICATE OF SERVICE**
I served this document today to the defendant today via postal-mail to 212 Main Street, Lenox, MA 01240.

Dan Howitt
8/14/25

Exhibit 1

1

 Gmail

- <dancambridge0@gmail.com>

## Re: Fw:

**Howitt, Dan** <dancambridge0@gmail.com>                          Mon, Jun 30, 2025 at 1:17 PM
To: andewayateliers@aol.com

Per Rule 15 you have 14 days from today to respond to the court about it.

On Mon, Jun 30, 2025 at 10:48 AM SUZANNE <andewayateliers@aol.com> wrote:

Dan,

I received the court notice today about your amended complaint. It is frivolous like your one before it. Are you going to dismiss it? If not I will wait for the judge to dismiss it to be frivolous and not in federal jurisdiction. Judges dismiss all of your "complaints". Stop being an internet terrorist. It is your severe and permanent mental disorders in action. You're harmful to society. You should live in a home for the disabled. I've made $70+ thousand off of your disability by your voucher but its theft against society. It's money stolen by you from taxpayers. I would have never rented from you if I knew you are severely mentally disabled. There are legitimate people who I could have rented to.

Suzanne

Sent from AOL on Android
On Mon, Jun 30, 2025 at 2:39 AM <ECFnotice@mad.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/30/2025 at 2:39 AM EDT and filed on 6/30/2025
**Case Name:**        Howitt v. Andeway
**Case Number:**      1:24-cv-13204-ADB
**Filer:**            Dan Howitt
**Document Number:** 46

**Docket Text:**
**AMENDED COMPLAINT *1* against Suzanne Andeway, filed by Dan Howitt.(Howitt, Dan)**

**1:24-cv-13204-ADB Notice has been electronically mailed to:**

Dan Howitt &nbsp &nbsp dth055@g.harvard.edu

Suzanne Andeway &nbsp &nbsp andewayateliers@aol.com

**1:24-cv-13204-ADB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction: