**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

24CV13204

Dan Howitt,
                              Plaintiff,

v

Suzanne Andeway,
                              Defendant.

**MOTION FOR ENTRY OF DEFAULT**

The defendant violated the judge's Docket #57 order that stats that the defendant must respond within 14 days of 9/5/25.  Per Rule 55(a), I therefore ask for entry of the defendant's default.

My 9/6/25 Docket #63 appeal may have stayed my case for three days until my 9/7/25 dismissal of my appeal was granted (Docket #66) on 9/8/25.

It has been 24 days since the judge's above Docket #57 order.

Regarding that my 9/8/25 Docket #67 filing has not been ruled on, I believe that it is notwithstanding moot given all of the above.

Exhibits 1-7:  Moreover, the defendant has been available throughout the above time-period, as is shown by her below multitude of emails to me, including her expending the time and effort to complete, and serve to me by email, and by constable (Exhibit 7) on 9/11/25, a Notice To Quit.

On 9/16/25, the defendant also attended in-person at Suffolk Superior Court the hearing about the 7/7/25 issued Harassment Prevention Order against her.  Aside, the defendant, as is shown in the For The Record audio of the hearing, and in the presence of my housing attorney Allision Koury, engaged more instances of severe verbal disability discrimination, by saying to the judge "he is mentally ill", "he admits he is mentally ill", and adding, without even attempting to provide any reasons, "he scares me", which demonstrates that she engaged in two levels of disability discrimination, namely by firstly stating the above about mental illness, and secondly conveying her opinion that she finds me as such to scare her.  Paradoxically, the conduct of hers from 11/2/23 to present that I presented to Suffolk Superior Court, including an array of videos, and emails, demonstrates her harmful misconduct, which was the basis for the Harassment Prevention Order against her.  Moreover, in the Harassment Prevention Order against her, in the first of the list of conduct-orders against her, which I provided to this court via a Notice, the superior court judge ordered her to "not to use abusive language toward the plaintiff".  The defendant violated the judge's order by providing a verbal statement to the judge herself, and in the courtroom, that violates the order.

Per Rule 55(a), I therefore ask for entry of the defendant's default.

Submitted by,

*[signature]*

Dan Howitt, 9/29/25
**CERTIFICATE OF SERVICE**
I served this document today to the defendant via the court's efiling system and via postal mail to 212 Main Street, Lenox MA 01240.

*[signature]*

Dan Howitt, 9/29/25

1

**Exhibits 1 - 7 (7 pages)**

 Gmail

- <dancambridge0@gmail.com>

## REFRIGERATOR

**SUZANNE** <andewayateliers@aol.com>                           Wed, Sep 3, 2025 at 9:39 PM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: Dan Howitt <dancambridge0@gmail.com>, SUZANNE ANDEWAY <andewayateliers@aol.com>

Dan,
  I have called several electricians the refrigerator repair/replacement in the past few weeks. Few have called me back, so n o luck. Apologies.
  Are you sure you do not want the temporary, clean, smaller refrigerator offered earlier?
  Also, important. I believe ON the outside of the freezer door, there is a magnet with an appliance repair name and number. Kindly forward that onto me ASAP.
Sincerely,
Suzanne Andeway

Sent from AOL on Android

 **Gmail**                                         - <dancambridge0@gmail.com>

## REFRIGERATOR

**SUZANNE** <andewayateliers@aol.com>                        Thu, Sep 4, 2025 at 11:23 PM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: Dan Howitt <dancambridge0@gmail.com>, SUZANNE ANDEWAY <andewayateliers@aol.com>

Dan,
  As well, what is the brand name of the refrigerator and Serial/Model #.  Please advise, as you will not allow me in to look. ASAP. Thanks.
Suzanne Andeway

Sent from AOL on Android

 Gmail                                              - <dancambridge0@gmail.com>

## Fw: HSNA Portal Confirmation

**SUZANNE** <andewayateliers@aol.com>                         Thu, Sep 11, 2025 at 5:27 PM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: "A. Joseph Ross" <lawyer@attorneyross.com>, Dan Howitt <dancambridge0@gmail.com>

Sent from AOL on Android

----- Forwarded Message -----
From: "Boston RRF" <rrf@boston.gov>
To: "andewayateliers@aol.com" <andewayateliers@aol.com>
Sent: Thu, Sep 11, 2025 at 1:42 PM
Subject: HSNA Portal Confirmation

 City of Boston
Mayor's Office of Housing

Dear SUZANNE ANDEWAY,

Thank you for submitting your Notice to Quit/Non-Renewal of Lease for tenants located at 37 BAY STATE ROAD, 5 BOSTON, MA 02215 through the City's HSNA reporting portal. Your submission reference number is: NTQ-41057.

The City may be in contact with your tenants to inform them of resources available to help stabilize their current housing and/or search for new housing options.

The City of Boston wants you to know about the below resources available to help both landlords and tenants:

- **Rental assistance up to $5,000 from the City of Boston:** The City of Boston has a small rental assistance program for which your tenant may be eligible for. Please have them call the Office of Housing Stability at (617) 635-4200.
- **Apply for RAFT (emergency help for housing costs) | Mass.gov**
- **ABCD Rental and Mortgage Assistance**
- **Community mediation** to help landlords and tenants resolve their challenges,
- **Free or low-cost legal assistance** for owner-occupants of homes with rental units (add Small landlords can also attend the free weekly OHS Legal Clinic for assistance. Please note, although you can attend any week, the Volunteer Lawyers Project joins the clinic the first Tuesday of every month. Sign up here.

For more information, please call 617-635-4200 or visit the City's Office of Housing Stability website.

Sincerely,

City of Boston
Office of Housing Stability

 Gmail

- <dancambridge0@gmail.com>

## REFRIGERATOR, Re: Andeway vs. Howitt

**SUZANNE** <andewayateliers@aol.com>                          Fri, Sep 19, 2025 at 3:48 PM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: lawyer@attorneyross.com, SUZANNE ANDEWAY <andewayateliers@aol.com>, Dan Howitt
<dancambridge0@gmail.com>

   I have called 6 refrigerator repairmen, not electricians, tho three electricians were called earlier, and am awaiting
calls back, but it is Friday and now the weekend. Since Mr. Howitt could not provide the proper information that the
judge ordered, it took longer.
   Please do not threaten me; I have offered a temporary refrigerator, which was rejected.
   Again a reminder that I will be moving back into my full condo at Mr. Howitt lease end. I hope he has procured
other housing; it is unlikely the Kendall will rent to him, and surely not by October's end. I look forward to using my
space fully again, and suggest he leave it clean and in undamaged condition. Thank you.
Suzanne Andeway

Sent from AOL on Android

On Fri, Sep 19, 2025 at 3:38 PM, A. Joseph Ross
<lawyer@attorneyross.com> wrote:

> Since we have provided to you everything that we have to provide, it is your responsibility to hire a technician
> to make this refrigerator work or to replace the refrigerator. Your failure to do so can make you liable for
> breach of warranty of habitability and of quiet enjoyment and can cost you at minimum three months' rent plus
> attorneys fees.
>
> On 9/15/2025 7:40 PM, SUZANNE wrote:
>
>    I am still awaiting the correct # from Mr. Howitt for repair company listed on magnet in the condo freezer
> door!!
> Suzanne Andeway
>
> Sent from AOL on Android
>
> On Thu, Sep 11, 2025 at 9:32 PM, A. Joseph Ross
> <lawyer@attorneyross.com> wrote:
>
> > Sorry I missed sending this yesterday.
> >
> > --
> > This e-mail message and any attachments are confidential and may contain privileged information. If you
> > are not the intended recipient, please notify the undersigned immediately and delete all copies of this
> > message and any attachments. Thank you.
> >
> > ===
> > A. Joseph Ross, J.D. · 1340 Centre Street, Suite 103 · Newton, MA 02459
> > 617.367.0468 · http://www.attorneyross.com
>
>
> --
> This e-mail message and any attachments are confidential and may contain privileged information. If you are
> not the intended recipient, please notify the undersigned immediately and delete all copies of this message
> and any attachments. Thank you.
>
> ===
> A. Joseph Ross, J.D. · 1340 Centre Street, Suite 103 · Newton, MA 02459
> 617.367.0468 · http://www.attorneyross.com

 - <dancambridge0@gmail.com>

## Fuse Box for Current Occupant

**SUZANNE** <andewayateliers@aol.com>                    Fri, Sep 19, 2025 at 4:41 AM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: Dan Howitt <dancambridge0@gmail.com>, "A. Joseph Ross" <lawyer@attorneyross.com>, SUZANNE ANDEWAY
<andewayateliers@aol.com>

Dan,
  Kindly check the fuse box as there is no power in Studio area.  She says it is off...ASAP. Thank you.
Suzanne Andeway

Sent from AOL on Android

 Gmail                                  Hello <dancambridge0@gmail.com>

## REFRIGERATOR REPAIR, Howitt

**SUZANNE** <andewayateliers@aol.com>                    Wed, Sep 24, 2025 at 9:04 PM
Reply-To: SUZANNE <andewayateliers@aol.com>
To: Dan Howitt <dancambridge0@gmail.com>, "A. Joseph Ross" <lawyer@attorneyross.com>

Finally found a repairman! He might be able to come tomorrow.  Please arrange with him a schedule.  Thank you.
Suzanne Andeway

He is Ramin, Everett Master Repair, #617.695.8530.
CC: "Suzanne Andeway, OWNER of
37 Bay State Road, #5 on 3rd floor
Boston, near Boston University!
  Please contact the TENANT if you are able to come view/fix the refrigerator in the next few days. He is available
after 2.00 daily, he must let you in the doors.
Dan Howitt
DanCambridge0@gmail.com,  #857-247-0764
Thank you!
Suzanne Andeway"

Sent from AOL on Android

## NOTICE TO TERMINATE TENANCY

SEPTEMBER 11, 2025

TO:

**DAN HOWITT**
**37 BAY STATE ROAD APARTMENT # 5**
**BOSTON, MA. 02215**

It being my intention to terminate your tenancy, you are hereby notified to quit and deliver up the premises on or before the expiration of NOVEMBER 2, 2025 the premises now held by you as my tenant, namely a suite of rooms and bath known as **apartment # 5** in the building known and numbered **37 BAY STATE ROAD, BOSTON, MA. 02215,** in the district of Boston together with all the landlords appurtenances belonging thereto.

***CAUSE OF TERMINATION***
I AM NOT RENEWING YOUR LEASE WITH YOU OR SECTION 8 WHEN IT EXPIRES ON NOVEMBER 2, 2025 PLEASE VACATE THE UNIT-TURN IN ALL KEYS AND LEAVE IT IN BROOM SWEPT CONDITION BY THE EXPIRATION OF THAT DATE.
I NEED THE UNIT FOR MY OWN USE

Served by

MARK J. KRAVITSKY--CONSTABLE
& disinterested party to the action

SUZANNE ANDEWAY-LANDLORD
37 BAY STATE ROAD #5
BOSTON, MA. 02215

PLEASE NOTE
ANY MONIES PAID BY THE TENANT AFTER THIS DATE AND ACCEPTED BY THE LANDLORD OR THEIR AGENT IS ACCEPTED FOR USE AND OCCUPANCY WITHOUT ESTABLISHING A NEW TENANCY AND WITHOUT WAIVING IN ANY WAY ANY RIGHTS UNDER THIS NOTICE OR ANY OTHER SUBSEQUENT SUMMARY PROCESS PROCEEDINGS. IF YOU FAIL TO VACATE, I SHALL TAKE DUE COURSE OF LAW TO EJECT YOU. PLEASE BRING THIS NOTICE WITH YOU AT TIME OF HEARING OR TRIAL.

*Your tenancy is subsidized under the section 8 program. Your tenancy can be terminated only at the end of the Initial Term or at the end of a Successive Term for other good cause, or during the Initial Term or Successive Term for serious or repeated violations of this Lease, violation of Federal State or local law. The reason for termination of your lease is: see above "Cause of Termination"*

CC: *SOMERVILLE HOUSING AUTHORITY*

8