UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Dan Howitt**, | ) |
| Plaintiff(s), | ) ) ) ) |
| v. | ) ) |
| **Suzanne Andeway** | ) ) ) |
| Defendant(s). | ) ) ) |

Civil Action No. **1:24-cv-13204-ADB**

### NOTICE OF DEFAULT

**BOAL, MJ**

Upon application of the plaintiff, for order of Default for failure of the defendant, **Suzanne Andeway**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 29th day of September 2025.

DATE: September 29, 2025                          ROBERT FARRELL, CLERK

By: **/s/** Aaron Hutchins

Deputy Clerk