Howitt vs Anderway
1:24-cv-13204-ADB

7 October 2025

I would like to challenge and have the courts disregard any filings granted to Dan Howitt against Suzanne Anderway.

Suzanne Anderway

FILED
IN CLERKS OFFICE
2025 OCT -7 PM 2:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

#68
# 71