S

MOTION *for Default*
Docket 68

**DOCKET NUMBER**

1: 24 - cv - 13204 - ADB

**CASE NAME** *(Named parties should be listed exactly as they appear on the Complaint filed.)*

[In Matter of] Howitt, Dan

[v.] ANDEWAY, Suzanne

**Plaintiff(s)/Defendant(s)** _____ in this matter request(s) that this Court:

☐ Change the terms of the agreement or judgment (amend);

☐ Change the hearing date to a later time (continue);

☐ Dismiss this case;

☐ Delay the scheduled move out (stay execution);

☒ Other; _____

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2025 OCT 15 PM 2:24

For the following reason(s): (If you need additional space, include additional pages as needed).

* *#68, Default, Not showing up
* Discrimination/Disability
* Availability
* False Information Created + presented
* Vacate property, Lease Ending
* Video Taping and Recording
* Harrassment

*A copy of this form must be served upon the opposing party(ies).*

**Subscribed and sworn under the pains and penalties of perjury.**

Suzanne ANDEWAY
PRINTED NAME OR REPRESENTED'S ATTORNEY

x Suzanne Andeway
SIGNATURE OR SIGNATURE OF ATTORNEY

BBO # (ATTORNEYS ONLY)

15 Oct 25
DATE

CONTACT INFORMATION: ANDEWAY ATELIER S@aol.com  617.669.6313
(E-MAIL AND PHONE NUMBER)

212 Main Street Lenox MA 01240
(ADDRESS)

I Suzanne Andeway _____ a copy of this motion on _____ to Ross
DATE          OPPOSING PARTY OR ATTORNEY NAME

Case
Docket # 1:24-cv-13204-ADB
Howitt vs. ANDEWAY

Judge has granted #68. The reason I occassionally miss Appointments is because I receive US Postage in Boston and Lenox addresses erratically; I live at both addresses. But as Mr. Howitt changed my door and postage mailbox key without my permission, or the condo board's permission, I no longer have a key!

Discrimination, and the Mention of Disability Diagnosis:
Mr. Howitt uses, and mentions, his mental disability diagnosis often in his various court filings against landlords, retail shops, universities, hospital, hotels, etc. I am not prejudiced. It is not my opinion or judgement as to his various conditions; professionals have diagnosed his mental conditions! So why is it OK for him to use and mention his diagnosed condition, but not me or others?

Availability of Mr. Howitt:
It seems the courts work around Mr. Howitt's limitations (workers only after 2:00, zoom calls not in person, no phone calls, no texting, only certain e-mail accounts). Why do the courts not consider my availability, or workers time availability?

False Information presented by Mr. Howitt to courts, Judges and his own Lawyers:
Mr. Howitt either embellishes, or creates e-mails supposedly sent to him from others! Other cases and attorney's have also pointed this out (Shapiro/Kendall, Follett/Aswai, Landlord Linda Levine, me, and more). Examples are that he was without heat for 4 months, broken windows, removed fire alarms, broke refrigerators, a/c's and other appliances, stalking, harrassment, TRO, being financially destitute. He has received thousands of dollars in payoffs, as well as uses alot of taxpayer dollars unnessarily for courts and judges, living, food and medical. Please, can the courts ask for bank records, and e-mail records to prove my and his points? Impersonation is a federal offense.

VACATE By Howitt (Sept 2024)
Judges order to Evict and pay overdue rent for his first year at 37 Bay State Road, Boston 02215. Either this needs to be heard and enforced very soon. OR, a Constable has already delivered a notice to Vacate when his lease ends November 2025 and this needs to be enforced. I want to move fully back into my Condo area that he currently occupies. OR, I may want to sell the property, in which case, many people/buyers will be walking through.

Video taping and Recording by Mr. Howitt:
I have never given mr. Howitt permission to video tape or audio record me. And Use in Court.

Harrassment by Mr. Howitt:
By filing dozens and dozens of cases and appeals, calling police, Inspectional Services, mostly unneeded, he is harrassing me and affecting my own health negatively! This is his only job and all source of income; to file against others quite often. Suffolk Courts need to gate keep him, just as Middlesex Courts did. A waste of taxpayer dollars. Time consuming, and financially and emotionally draining, creating a job for me, and others. An unwanted job. It is his only job!

Suzanne Andeway      15 Oct 25