**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1:24CV13204ADB

Dan Howitt,

Plaintiff,

v

Suzanne Andeway,

Defendant.

**OPPOSITION TO DEFENDANT'S OPPOSITION REGARDING THE COURT'S ENTRY OF DEFENDANT'S DEFAULT**

I ask that the defendant's opposition be denied for failing to comply with civil procedure, and for being devoid based on what I demonstrate in my opposition to it.  Concurrently filed is my memorandum.

Submitted by,

Dan Howitt, 10/18/25

**CERTIFICATE OF SERVICE**
I served this document today to the defendant via the court's efiling system.