**UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS**

Dan Howitt,
                                 Plaintiff,                                                              1:24CV13204ADB

v

Suzanne Andeway,
                              Defendant.

**MOTION TO BE PROVIDED THE STATUS OF MY FRCP 55(b)(2)MOTION FOR DEFAULT JUDGMENT**

I was advised to ask if I could be provided the status of my Document 71, 9/30/25 motion for default

judgment, since it has been 6 full months.  The defendant has not responded in 6 full months to the court in any

way, and the defendant's prior response, as I demonstrated, was vacant of any substance that could be ruled on.

In my Civil Cover Sheet, I provide a particular monetary demand.


Submitted by,

Dan Howitt, 3/21/26
**Certificate Of Service:**  I served this document today to the defendant via postal mail.