UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS

Dan Howitt,
                              Plaintiff,                                                    1:24CV13204ADB
v
Suzanne Andeway,
                              Defendant.

**REPLY/OBJECTION TO COURT'S DOCUMENT 85, AND RULE 60(B) MOTION TO AMEND COMPLAINT**

I meant to file this as my Reply/Objection.  I also revised some things below.

In amending my original complaint (Document 1), to my amended complaint (Document 46), I mistakenly (per Rule 60(b)(1)) did not include my core claims about violations of the Federal Fair Housing Act 42 USC s3601 et seq, which I had in my original complaint (Document 1), and which address the court's recommendation of dismissal (Document 85).  As pro se, the above mistake qualifies as, per the above statute, "mistake, inadvertence, or excusable neglect".  I therefore ask for leave to amend my complaint such that I re-assert the core violations of the Federal Fair Housing Act that are in my original complaint.  I will also file a motion to amend complaint.

Regarding the right to expeditious court processes, the court entered a default against the defendant on 9/25/25, and then waited 6.25 full months to inform me that, essentially, the default, about my simple aforementioned amended complaint, is irrelevant.  The court could have, 6.25 months ago, informed me what it is now informing me.

To be appealed to the First Circuit Appeals Court if denied.

Submitted by,

Dan Howitt, 4/7/26
CERTIFICATE OF SERVICE:  I served this document today to the defendant via efile.

1