**UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS**

Dan Howitt,
                          Plaintiff,                                                                 1:24CV13204ADB
v
Suzanne Andeway,
                          Defendant.

**RULE 60(B)(1) MOTION TO VACATE ORDER OF DISMISSAL OF 4/10/26**

In amending my original complaint (Document 1), to my amended complaint (Document 46), I mistakenly (per Rule 60(b)(1)), due to excusable neglect, ignorance, and being misadvised, did not include my core claims about violations of the Federal Fair Housing Act 42 USC s3601 et seq, which I had in my original complaint (Document 1), and which address the court's dismissal.  I lost sight of the importance of citing and discussing the above Federal Fair Housing Act as the core of my complaint, due to my ignorance, inexperience, and as such, excusable neglect, as a pro se party.  Also in the brief advice that I received, I was not advised to do so.  As pro se, the above mistake qualifies as, per the above statute, "mistake, inadvertence, or excusable neglect", and therefore meets the criteria of Rule 60(b)(1) and Rule 60(b)(1)(6) for vacating the order of dismissal.  I therefore ask for the order of dismissal to be vacated, and for leave to amend my complaint such that I re-assert the core violations of the Federal Fair Housing Act that are in my original complaint.

Alternatively, if this is denied, I will file this case again today by 4:30pm with my claims about violations of 42 USC s3601 et seq as the core of my case, and an emergency motion for preliminary injunction regarding the defendant's 8 month and ongoing unwillingness, per its illegal disablism, to remedy two emergency health code violation, and an emergency motion for preliminary injunction regarding the defendant's continued expressions of illegal disablism to me via electronic and verbal communications.

Submitted by,

Dan Howitt, 4/10/26

CERTIFICATE OF SERVICE:  I served this document today to the defendant via efile.

1