UNITED STATES DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,
                              Plaintiff,                                    1:24CV13204ADB
v
Suzanne Andeway,
                              Defendant.
_____

NOTICE OF:

PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS TO COMPEL THE LOWER COURT'S MS. BOAL TO RULE ON MY CRUCIAL DOCUMENTS #97-98 DUE TO HER 3 FULL MONTH AND ONGOING DELAY IN DOING SO

My crucial Documents #97-98 have been ignored for over 3 full months, despite that they are simple, and clearly written, and are of my motion to amend, and my amended complaint, and addendum.  In violation of the Federal Fair Housing Act, and the other statutes that I invoke, I have been subjected by defendant to emergency health code violations, and profuse discrimination, and profuse retaliation, since 11/2023, including 200+ obsessive terrorizing emails, dozens of verbal and written statements in violation of the Act, severe violations of the Massachusetts Covenant Of Quiet Enjoyment, etc.  It should have had its monthly rent 100% abated by my housing authority from October 2025 to the present (for 9 months), as housing authorities are required by federal law to do, to compel it to remedy the 3 emergency health code violations, yet the housing authority illegally did not do so, until this month.  It was jailed by Eastern Housing Court (25CV718) on 12/19/25 for not remedying an emergency health code violation.


Submitted by,

Dan Howitz, 7/6/26

1